```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 18361
   ROSIE M POLK
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9318

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 10/05/2007 and was not confirmed.

    The case was dismissed without confirmation 03/19/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG         .00             .00           .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE     8000.00             .00           .00
ROBERT J ADAMS & ASSOC   PRIORITY         NOT FILED            .00           .00
CAPITAL ONE              UNSECURED         1170.41             .00           .00
LVNV FUNDING LLC         UNSECURED         2951.35             .00           .00
DISCOVER FINANCIAL SERVI UNSECURED         2811.50             .00           .00
FDS BANK/MACYS           UNSECURED          625.18             .00           .00
ECAST SETTLEMENT CORP    UNSECURED          468.12             .00           .00
GE MONEY BANK            UNSECURED          931.10             .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED          930.71             .00           .00
LVNV FUNDING             UNSECURED        NOT FILED            .00           .00
MRSI                     UNSECURED        NOT FILED            .00           .00
NCO                      UNSECURED        NOT FILED            .00           .00
PEOPLES GAS & LIGHT      UNSECURED        NOT FILED            .00           .00
PIERCE & ASSOC           UNSECURED        NOT FILED            .00           .00
HOME DEPOT               UNSECURED         1083.41             .00           .00
WORLD FINANCIAL NETWORK  UNSECURED         4952.26             .00           .00
UNITED COLLECTIONS       UNSECURED          303.00             .00           .00
WORLD FINANCIAL NETWORK  UNSECURED          396.50             .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED         2867.21             .00           .00
ROBERT J ADAMS & ASSOC   REIMBURSEMENT        6.33             .00          6.33
ROBERT J ADAMS & ASSOC   DEBTOR ATTY      2,500.00                       2,500.00
TOM VAUGHN               TRUSTEE                                           217.95
DEBTOR REFUND            REFUND                                          5,114.59

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              7,838.87

PRIORITY                                        6.33
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                              2,500.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 18361 ROSIE M POLK
```

```
TRUSTEE COMPENSATION                                          217.95
DEBTOR REFUND                                               5,114.59
                                      ----------------   ----------------
TOTALS                                      7,838.87           7,838.87
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
  Dated: 09/04/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 18361 ROSIE M POLK